AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Novack, Charles D. | Bankruptcy Court, Northern District of California | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Robert F. Peckham Federal Building
and United States Courthouse
280 S. First Street, Room 3035
San Jose, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | California Bankruptcy Forum | May 18, 2012 - May 20, 2012 | Rancho Mirage, California | Attendance at California Bankruptcy Forum | Food and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Novack, Charles D. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Occidental College | tuition | None |
| 2. | Nordstrom Bank | credit card | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Int./Div. | O | T | | | | | |
| 2. - Schwab Cash and Money Mkt | | | | | Sold (part) | 01/13/12 | J | | |
| 3. | | | | | Sold (part) | 01/26/12 | J | | |
| 4. | | | | | Sold (part) | 02/15/12 | J | | |
| 5. | | | | | Sold (part) | 03/28/12 | J | | |
| 6. | | | | | Sold (part) | 04/10/12 | J | | |
| 7. | | | | | Sold (part) | 07/09/12 | J | | |
| 8. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 9. | | | | | Sold (part) | 08/13/12 | J | | |
| 10. | | | | | Buy (add'l) | 09/17/12 | K | | |
| 11. | | | | | Sold (part) | 09/19/12 | J | | |
| 12. | | | | | Sold (part) | 09/21/12 | K | | |
| 13. | | | | | Sold (part) | 11/01/12 | J | | |
| 14. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 15. -Accenture PLC Class A | | | | | Sold (part) | 01/23/12 | J | | |
| 16. - Baxter International, Inc. | | | | | Buy | 12/19/12 | K | | |
| 17. -Becton Dickerson Co. (common) | | | | | Buy (add'l) | 01/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 19. | | | | | Sold | 12/19/12 | K | | |
| 20. - Bank of Nova Scotia (common) | | | | | Buy (add'l) | 02/10/12 | J | | |
| 21. | | | | | Sold | 03/19/12 | K | | |
| 22. - CH Robinson Worldwide, Inc. (common) | | | | | Buy (add'l) | 01/23/12 | J | | |
| 23. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 24. -Colgate Palmolive Co. (common) | | | | | | | | | |
| 25. -Canadian National Railways Co. (common) | | | | | | | | | |
| 26. -Dover Corp. (common) | | | | | Sold | 07/17/12 | J | | |
| 27. -Factset Research System, Inc. (common) | | | | | Buy (add'l) | 09/18/12 | J | | |
| 28. -Grainger WW, Inc. (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 29. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 30. -Hormel (common) | | | | | | | | | |
| 31. - Magellan Midstream Partners (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 32. -McDonalds Corp. (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 33. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 34. - Metronic, Inc. (common) | | | | | Buy | 09/18/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Nike, Inc. (common) | | | | | Buy (add'l) | 09/18/12 | J | | |
| 36.  -Novo - Nordisk as ADR | | | | | | | | | |
| 37.  - Permanent Portfolio Fund | | | | | Sold (part) | 02/10/12 | K | | |
| 38. | | | | | Sold | 03/13/12 | K | | |
| 39.  -Praxair, Inc. (common) | | | | | | | | | |
| 40.  - Target Corporation | | | | | Buy | 07/17/12 | K | | |
| 41.  -TJX Companies (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 42. | | | | | Sold (part) | 07/17/12 | J | | |
| 43.  -T. Rowe Price Group (common) | | | | | Buy (add'l) | 01/23/12 | J | | |
| 44.  - Toronto Dominion Bank | | | | | Buy | 03/19/12 | K | | |
| 45. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 46.  - Walgreen Company (common) | | | | | | | | | |
| 47.  - Xilinx, Inc. (common) | | | | | Buy | 09/18/12 | J | | |
| 48.  - 361 Managed Futures Strat. Fund Cl 1 | | | | | Buy | 10/31/12 | K | | |
| 49.  - Doubleline Total Return Bond Fund Cl 1 | | | | | Buy | 05/17/12 | K | | |
| 50. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 51.  - First Eagle Overseas Fund Cl A | | | | | Buy | 01/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Templeton Global Bond Fund A | | | | | Sold (part) | 05/17/12 | K | | |
| 53. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 54. - SPDR S&P Midcap 400 ETF | | | | | Buy | 01/23/12 | K | | |
| 55. | | | | | Buy (add'l) | 09/08/12 | J | | |
| 56. | | | | | Sold | 10/31/12 | K | | |
| 57. - SPDR Index Shares Fund Dow Jones Global Real | | | | | Buy | 02/10/12 | K | | |
| 58. - SPDR S&P Global ETF Natural Resources | | | | | Buy | 03/13/12 | K | | |
| 59. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 60. - Vanguard Short Term Investment Grade Fund | | | | | Sold | 05/25/12 | K | | |
| 61. -Vanguard Intermediate Term Investment Fund | | | | | Sold | 05/25/12 | K | | |
| 62. -Vanguard Inflation Protected Securities FD | | | | | | | | | |
| 63. -Vanguard International Equity Index All World | | | | | Buy | 01/23/12 | K | | |
| 64. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 65. - Vanguard Corp. Bond ETF Short-Term Corp. Bond | | | | | Buy | 05/25/12 | K | | |
| 66. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 67. | | | | | Sold (part) | 10/31/12 | J | | |
| 68. - Vanguard Corp. Bond ETF Intermediate-Term | | | | | Buy | 03/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/25/12 | K | | |
| 70. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 71.   - Vanguard Bond Index Fund | | | | | Buy | 09/18/12 | J | | |
| 72.   - Vanguard Inflation Protected Securities FD | | | | | Buy | 09/18/12 | J | | |
| 73.   -First Eagle Overseas Fund CL A | | | | | | | | | |
| 74.   - T. Rowe Price Emerging Markets Fund | | | | | Buy (add'l) | 09/18/12 | J | | |
| 75.   IRA #2 | D | Int./Div. | N | T | | | | | |
| 76.   -Schwab Adv. Cash Reserve | | | | | Sold (part) | 01/26/12 | J | | |
| 77. | | | | | Sold (part) | 02/15/12 | J | | |
| 78. | | | | | Sold (part) | 05/18/12 | J | | |
| 79. | | | | | Sold (part) | 10/09/12 | J | | |
| 80. | | | | | Sold (part) | 11/01/12 | J | | |
| 81. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 82.   - Accenture PLC Class A | | | | | | | | | |
| 83.   - Beckton Dickerson Co. (common) | | | | | Sold | 12/19/12 | J | | |
| 84.   - Bank of Nova Scotia (common) | | | | | Sold | 03/19/12 | J | | |
| 85.   - Baxter International Inc. | | | | | Buy | 12/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - C H Robinson Worldwide, Inc. (common) | | | | | | | | | |
| 87. - Canadian National Railways Co. (common) | | | | | | | | | |
| 88. - Colgate Palmolive Co. (common) | | | | | | | | | |
| 89. - Dover Corp. (common) | | | | | Sold | 07/17/12 | J | | |
| 90. - Factset Research, Inc. (common) | | | | | | | | | |
| 91. - Grainger WW, Inc. (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 92. - Hormel (common) | | | | | | | | | |
| 93. - Magellan Midstream Partners | | | | | | | | | |
| 94. - McDonalds Corp. (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 95. - Medtronic, Inc. (common) | | | | | | | | | |
| 96. - Nike, Inc. (common) | | | | | | | | | |
| 97. - Novo Nordisk as ADR | | | | | | | | | |
| 98. - Target Corporation | | | | | Buy | 07/17/12 | J | | |
| 99. - Toronto Dominion Bank F | | | | | Buy | 03/19/12 | J | | |
| 100. - Permanent Portfolio Fund | | | | | Sold (part) | 02/10/12 | J | | |
| 101. | | | | | Sold | 03/13/12 | J | | |
| 102. - Praxair, Inc. (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - T. Rowe Price Group (common) | | | | | | | | | |
| 104.  - TJX Companies (common) | | | | | Sold (part) | 01/23/12 | J | | |
| 105. | | | | | Sold (part) | 07/17/12 | J | | |
| 106.  - 361 Managed Futures Strat Fund Cl 1 | | | | | Buy | 10/31/12 | J | | |
| 107.  - Doubleline Total Return Bond Fund Cl 1 | | | | | Buy | 05/17/12 | J | | |
| 108.  - Vanguard Bond Index Fund | | | | | | | | | |
| 109.  - Vanguard Corporate Bond ETF Short-Term Corp. Bond | | | | | Buy (add'l) | 01/23/12 | J | | |
| 110. | | | | | Sold (part) | 05/25/12 | J | | |
| 111.  - Vanguard Corp Bond ETF Intermediate-Term | | | | | Buy | 05/25/12 | K | | |
| 112.  - Vanguard Intl Eqty Index ETF | | | | | Buy | 01/23/12 | J | | |
| 113.  - First Eagle Overseas Fund CL A | | | | | Sold | 01/23/12 | J | | |
| 114.  - SPDR S&P Global ETF Natural Resources | | | | | Buy | 03/13/12 | J | | |
| 115.  - SPDR S&P Midcap 400 ETF | | | | | Buy | 01/23/12 | J | | |
| 116. | | | | | Sold | 10/31/12 | K | | |
| 117.  - SPDR Index Shares Fund Dow Jones Global Real | | | | | Buy | 02/10/12 | J | | |
| 118.  - T. Rowe Price - Emerging Markets Fund | | | | | | | | | |
| 119.  - Templeton Global Bond Fund | | | | | Sold | 05/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Vanguard Intermediate Term Investment Fund | | | | | Sold | 05/25/12 | J | | |
| 121. - Vanguard Inflation Protected Securities FD | | | | | | | | | |
| 122. - XILINX, Inc. (common) | | | | | | | | | |
| 123. - Walgreen, Inc. (common) | | | | | | | | | |
| 124. U.S Savings Bonds Type E | A | Int./Div. | J | T | | | | | |
| 125. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 126. Bank of America Account | A | Interest | J | T | | | | | |
| 127. Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 128. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 129. RBC Wealth Management U.S. Govt Money Market Account | A | Int./Div. | J | T | | | | | |
| 130. Vanguard 500 Index IRA # 3 | B | Int./Div. | M | T | | | | | |
| 131. Fidelity Cal. Muni Market | A | Int./Div. | M | T | | | | | |
| 132. Schwab Adv. Cash Reserve | A | Interest | J | T | Sold (part) | 01/24/12 | J | | |
| 133. | | | | | Sold (part) | 01/26/12 | J | | |
| 134. SPDR S & P Midcap 400 ETF | A | Dividend | J | T | Buy | 01/23/12 | J | | |
| 135. | | | | | Sold | 10/31/12 | J | A | |
| 136. Vanguard Limited Term Tax Exempt Investor SHR | A | Dividend | J | T | Buy | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brown Cap. Mgmt. | A | Distribution | J | T | | | | | |
| 138. UBS Cash Fund | A | Interest | J | T | | | | | |
| 139. Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 140. Fidelity Growth Strategies Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544